**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUK ABOYAN, an individual<br><br>          Plaintiff,<br><br> v.<br><br>CITIBANK, a corporation<br><br>          Defendant. | Case No. CV 13-6042-GW(VBKx)<br><br>Superior Court Case No.: EC060742<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Pursuant to the parties' Stipulation of Dismissal pursuant to FRCP 41(a)(1)(A)(ii) on February 3, 2014, IT IS HEREBY ORDERED that Defendant CITIBANK, N.A. is hereby dismissed with prejudice. The Court expressly retains jurisdiction to enforce the terms of the settlement agreement. (*Kokkonen v. Guardian Life Ins. Co. of America*, 511 US 375, 381, 114 S.Ct. 1673, 1677 (1994).)

    IT IS SO ORDERED.

DATED: February 11, 2014

                                                _____
                                                Honorable George H. Wu
                                                United States District Judge